UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55231-004

UNITED STATES OF AMERICA )
      Plaintiff ) Case Number: CR 00-6049-CR-Dimi
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
SAMUEL VELEZ, JR. )
      Defendant

**********************************************

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
U.S. District Court       (circle one)

FILED MAR - 9 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD. D.C.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

**********************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 3/9/2000, 8:00 (am)/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: Title 18 Section 371 and 26 Section 7206(1)

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 12/01/48

(6) Type of Charging Document: (check one)
[✓] Indictment [ ] Complaint To be filed/Already filed
Case# 00-6049

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: Southern District, Ft Lauderdale

COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 3-9-00   (9) Arresting Officer: TROY CALDRON

(10) Agency: IRS-CID   (11) Phone: 305-982-5234

(12) Comments: _____

