COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: SAMUEL VELEZ, JR. (surr)   CASE NO: 00-6049-CR-DIMITROULEAS
AUSA: GREG TORTELLA              ATTY: BEN KUEHNE
AGENT:                           VIOL: 18:371; 26:7206
PROCEEDING I/A ON INDICTMENT     RECOMMENDED BOND
BOND HEARING HELD - yes/no       COUNSEL APPOINTED
    BOND SET @ 100,000 PSB
    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS / x's a wk/month by phone; / x's a wk/month in person
3) Travel extended to: throughout Cont US for family or business w/24 hour notice to PTS

Advised of Charges - re-set for IRC and Arraignment

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 3-20-11 LSS
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN: 3-20 11 LSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 3/9/00    Time: 11:00    FTL/LSS TAPE #00- 015  Begin: 1808  End: 2142

