AO 442 (Rev. 12/85) Warrant for Arrest  SAUSA'S Beth M. Elfrey/Greg Tortella-S/A Mark Dunkel, IRS-CID (Mia)

# United States District Court

*457216*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

SAMUEL VELEZ, JR.

**WARRANT FOR ARREST**

**CASE NUMBER:**

## 00-6049
## CR-DIMITROULEAS

TO:  **The United States Marshal
and any Authorized United States Officer**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ SAMUEL VELEZ, JR.

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him with (brief description of offense) conspiring to impede and impair the Internal Revenue Service, in violation of title 18, United States Code, Section 371, and willfully filing false federal income tax returns, in violation of Title 26, United States Code, Section 7206(1)

in violation of Title __18__ United States Code, Sections 371 and 26, United States Code Section 7206(1)

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | March 2, 2000, Fort Lauderdale, Florida |
| | Date and Location |

Bail fixed at ~~PRETRIAL DETENTION~~  By ~~LURANA S. SNOW, CHIEF MAGISTRATE JUDGE~~

*100,000 personal surety bond not to be incarcerated overnight*

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdale, FL | | |
| DATE RECEIVED **3/2/2000** | NAME AND TITLE OF ARRESTING OFFICER **James A. Tassone, US Marshal** | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST **3/9/2000** | **FOR:   IRS** | **Fred Deppena, SDUSM** |

AO 442 (Rev. 12/85) Warrant for Arrest

