## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: SAMUEL VELEZ, JR. (B)          CASE NO: 00-6049-CR-DIMITROULEAS

AUSA: GREG TORTELLA                  ATTY: Marc Nurik /JOHNSALE

AGENT: _____                VIOL: _____

PROCEEDING INQ RE CNSL/ARRAIGNMENT   RECOMMENDED BOND _____

BOND HEARING HELD - yes/no           COUNSEL APPOINTED _____

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

FILED by D.C. MAR 20 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF:    4-4 11  Snow ✓

Date: 3/20/00   Time 11:00   FTL/LSS TAPE #00- 016   Begin: 919   End: 954

