

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

SAMUEL VELEZ, JR.

ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 20, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM__

                           Telephone:

DEFENSE COUNSEL:    Name: __MARC NURIK, ESQ.__

                           Address:

                           Telephone:

BOND SET/CONTINUED:  $ __CON'T AS SET__

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __20TH__ day of __MARCH__, 2000.

                                     CLARENCE MADDOX
                                     COURT ADMINISTRATOR/CLERK OF COURT

                                     By: _____
                                     Deputy Clerk

                                     Tape No. __00-016__

cc: Copy for Judge
    U. S. Attorney

