HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED APR - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

DEFT __ROLANDO NODAL__   CASE NO: __00-10003-CR-ROETTGER__
AUSA __MARK RUBINO / Powell__   ATTY __FPD - Hurt for Dembe__

FPD filed m/ to w-draw
Not resolved

00-0R @ 868

DEFT __SAMUEL VELEZ__   CASE NO: __00-6049-CR-DIMITROULEAS__ ✓
AUSA __GREG TORTELLA / Beth?__   ATTY __MARC NURIK - stand in Csl__

BRUCE ZIMET, ESQ. for Anthony Garilli

1 pro

DEFT __Disc available -__   CASE NO: __No response @ 928__
AUSA __by gov't__   ATTY _____

re-set for another status on 4-11-00 before Judge Seltzer

DEFT _____   CASE NO: _____
AUSA _____   ATTY _____

DEFT __Bryan Hopkins__   CASE NO: __94-6189-CR-WJZ__
AUSA __Jeff Kay__   ATTY __Mark Solomon__

Possible plea -
Disc out -

@ 1445

DEFT _____   CASE NO: _____
AUSA _____   ATTY _____

DATE __4-4-00__   TIME __11:00__