UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

SAMUEL VELEZ, JR., et al.,  :

    Defendants.  :



## STATUS REPORT

A status conference was held in this cause on April 4, 2000. At that conference, the parties informed the Court as follows:

1. Counsel for the defendants have not yet received the Government's response to the Standing Discovery Order. However, counsel have been advised that there are 70 to 80 boxes of documents available for their review.

2. This case has been re-set for status conference on April 11, 2000. The prosecutor has agreed to identify which documents it intends to introduce in the Government's case-in-chief at trial, and the parties have been directed to attempt to arrive at a mutually agreeable method of inspecting and copying the discovery materials.

DATED at Fort Lauderdale, Florida, this ___4th___ day of April, 2000.

                                            LURANA S. SNOW
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Greg Tortella (MIA)
Marc Nurik, Esq.            Bruce Zimet, Esq.

