UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

       Plaintiff,              :

v.                                 :

SAMUEL VELEZ, JR., et al.,         :

       Defendants.             :

### NOTICE OF RECUSAL

The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455 and Local Rule 3.6.

DATED at Fort Lauderdale, Florida, this ___ day of April, 2000.

                      LURANA S. SNOW
                      CHIEF UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge **BARRY S. SELTZER**.

Copies of this Notice shall be served on all pending parties of record by United States Mail.

By order of Court this 7th day of April 2000.

                      CLARENCE MADDOX
                      Clerk of Court

                      By: Deputy Clerk

Copies to:
William P. Dimitrouleas, United States District Judge
Lurana S. Snow, Chief United States Magistrate Judge
**Barry S. Seltzer**, United States Magistrate Judge
Ms. Lucy Lara, Case Assignment Clerk
AUSA Greg Tortella (MIA)
Marc Nurik, Esq.
Bruce Zimet, Esq.

