COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Samuel Velez (no deft)  CASE NO: 00-6049-CR-Dimitrouleas
AUSA: Greg Tortella /Rice  ATTNY: Marc Nurik present
AGENT: _____  VIOL: Atty popok
PROCEEDING: Status Conference  BOND REC: _____
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: _____
___ BOND SET @ _____

FILED by ___ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

Discovery - problem
(outside contractor
working on 70 boxes
- to be provided w/in a week)
/week to try
no motions
Govt ready

∆ to file mot to request
reasonable time
for motion
∆ to mot for continuance
Govt to file Supple.
response to
SDO

NEXT COURT APPEARANCE: ___  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 4-11-00   TIME: 11:00am   TAPE # 00-024  PG # 9

59-3607
00-025-
1-35