UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

SAMUEL VELEZ,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on April 11, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that the discovery materials in this matter are voluminous and fill seventy (70) boxes. The Government is in the process of copying those documents it intends to introduce at trial and will tender them to defense counsel within the week. The Government further represented that it is ready to proceed and that there are no motions currently pending.

2.    Given the volume of documents that he will need to review and digest, defense counsel informed the Court that he will be moving to continue the trial of this cause for six months. He will confer with the prosecutor to develop an efficient means for

1



organizing and indexing the documents.

DATED at Fort Lauderdale, Florida this \_\_\_\_ day of April 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Greg Tortella, Esquire
Assistant United States Attorney

Marc Nurik, Esquire
Ruden McClosky, et al.,
P.O. Box 1900
Fort Lauderdale, Florida 33302-1900
Attorney for Defendant