## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
APR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6049-CR-WPD   DATE: April 21, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  vs. Samuel Velez Jr. & Anthony Tarilli

U.S. ATTORNEY: Greg Tortella   DEFT. COUNSEL: Michael Popok, Bruce Zimet

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts motion to continue Granted. Court Resets trial. The time from today until trial is deemed Excludable. Counsel are to file deft's waiver of speedy trial affidavit on Monday. Court allows until on or before 5/1/00 to file

JUDGMENT: Pre-trial motions

CASE CONTINUED TO: 7/7/00   TIME: 9:00   FOR: Cal. Call
MISC: 7/10/00   2:01 trial period

