UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6049-Cr-Dimitrouleas
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

v.

**DEFENDANT SAMUEL VELEZ, JR.'S WAIVER OF RIGHTS UNDER SPEEDY TRIAL ACT OF 1974 (18 U.S.C. § 3161 et seq.)**

SAMUEL VELEZ, JR,

        Defendant.

_____/

      **COMES NOW,** Defendant SAMUEL VELEZ, JR., pursuant to the Court's *ore tenus* order during Calendar Call on April 21, 2000, and having been advised by counsel of the rights granted him under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., including, but not limited to, the right to a trial on the merits within seventy (70) days from the filing date of the Information or Indictment, or from the date the Defendant has appeared before a judicial officer or the Court in which such charge is pending, whichever date last occurs; and the right to dismissal of the Indictment for failure to bring this action on for trial within the prescribed seventy (70) day period, waives his rights thereunder

      Mr. Velez makes this Waiver knowingly, voluntarily and with a full and complete understanding of its legal effect and operation, which have been satisfactorily explained to him by undersigned counsel.

FTL:427425:1

At the time this Waiver was executed, Mr. Velez was not under the influence of any alcohol

or drugs, nor was his judgment impaired in any fashion.

_____
Samuel Velez, Jr.

STATE OF FLORIDA          )
                         ss.:
COUNTY OF BROWARD    )


I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State

aforesaid and in the County aforesaid to take acknowledgments, the foregoing instrument was

acknowledged before me by SAMUEL VELEZ, JR., who is personally known to me or who has

produced _____ as identification.

WITNESS my hand and official seal in the County and State last aforesaid this ___ day of

April, 2000.

_____
NOTARY PUBLIC

Sloan Carr
Commission # CC 899562
Expires Jan. 3, 2004
Bonded Thru Atlantic Bonding Co., Inc.

Typed, printed or stamped name of Notary Public

My Commission Expires:

FTL:427425:1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this _51_ day of April, 2000 to Beth M. Elfrey, Esq., and Gregory E. Tortella, Esq., United States Department of Justice, Post Office Box 972, Ben Franklin Station, Washington, D.C., 20530.

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Defendant
15th Floor
200 East Broward Boulevard
Post Office Box 1900
Fort Lauderdale, Florida 33302
(954)764-6660; Miami (305)789-2700
Fax: (954)764-4996

By: _____
MARC S. NURIK
Florida Bar No. 272817
MICHAEL S. POPOK
Florida Bar No. 44131

FTI:427425:1