UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6049-CR-DIMITROULEAS

   Plaintiff,

vs.

SAMUEL VELEZ, JR., and
ANTHONY GARILLI,

   Defendant(s).
_____/

FILED by _____ D.C.

MAY 02 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

THIS CAUSE having been heard upon Defendant's May 1, 2000 Joint Omnibus Pretrial Motions, the Court, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to Magistrate Judge Barry S. Seltzer to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant's Joint Omnibus Pretrial Motions. The case is set for trial on July 10, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Mark S. Nurik, Esquire
200 E. Broward Boulevard, #1500
Ft. Lauderdale, FL 33301

Bruce Zimet, Esquire
1 Financial Plaza
Ft. Lauderdale, FL 33394

Greg Tortella, Esquire
c/o Department of Justice Tax Division - S.C.E.S.
PO Box 972 - Ben Franklin Station
Washington, DC 20044

Honorable Barry S. Seltzer