UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

CASE NO. 00-6049-CR-DIMITROULEAS

vs.

ORDER OF RECUSAL

SAMUEL VELEZ, JR., and
ANTHONY GARILLI,
JOSEPH SALINA,

Defendant.
_____/

The undersigned Magistrate Judge, to whom the above-styled case has been assigned, hereby recuses himself/herself and refers the case to the Clerk of the Court for reassignment pursuant to 28 U.S.C. 137, and Local Rule 4.

DONE AND ORDERED at Fort Lauderdale, Florida this ___ day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of **United States Magistrate Judge** ___FRANK J. LYNCH___.

Copies of this Order shall be served on all pending parties of record by United States Mail. All documents for filing in this case shall carry the following case number and designation: _____.

By Order of this Court this ___15th___ day of May 2000.

Clarence Maddox, Clerk
Clerk of Court

By: _____
Deputy Clerk

Copies to: United States District Judge William P. Dimitrouleas
Magistrate Judge Barry S. Seltzer
Magistrate Judge Frank J. Lynch
Mark S. Nurik, Esq.
Bruce Zimet
Greg Tortella, Esq.

1

