**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6049-CR-DIMITROULEAS/LYNCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : |
| SAMUEL VELEZ, JR., ANTHONY GARILLI, and JOSEPH SALINA | : |
| Defendant. | : |

## DEFENDANT SAMUEL VELEZ, JR.'S UNOPPOSED MOTION TO TRAVEL

**COMES NOW**, Defendant SAMUEL VELEZ, JR. ("Mr. Velez"), by and through his undersigned counsel, hereby files this Unopposed Motion to Travel. As grounds Mr. Velez states the following:

1. Mr. Velez is currently on bond awaiting a July 2000 trial date relating to federal tax offenses.

2. Mr. Velez has fully complied with all conditions of bond and had been aware of the pendency of the criminal investigation long prior to the return of the instant indictment.

3. Mr. Velez requests permission to travel between June 14th and June 30th, 2000 from Miami, Florida to New York, New York for the purpose of business meetings and family priorities which need to be resolved prior to the scheduled trial of this matter.

4. That undersigned counsel has spoken with Department of Justice, Tax Division Attorney, Greg Tortella concerning this application for travel and Mr. Tortella has no objection to said motion.

WPB:114094:1



United States of America v. Velez
Case No. 00-6049-CR-DIMITROULEAS/SELTZER
Defendant's Unopposed Motion to Travel

5. The Probation Department also has indicated that it has no objection to this motion.

6. The undersigned counsel will maintain a complete and specific itinerary for Mr. Velez' travel.

**WHEREFORE,** Defendant Samuel Velez, Jr. requests that this Unopposed Motion to Travel be granted.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished U.S. mail this ____1ST day of June, 2000 to: Greg Tortella, Esquire, Department of Justice, Tax Division – S.C.E.S., P.O. Box 972, Ben Franklin Station Washington, DC 20044.

Respectfully Submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
200 E. Broward Boulevard
Suite 1500 Ft. Lauderdale, FL 33301
Tel:   954/764-6660
Fax:  954/764-4996

222 Lakeview Avenue, Suite 800
West Palm Beach, Florida 33401
Tel:   561/838-4500
Fax:  561/832-3986

By: _____
Marc S. Nurik
Florida Bar No. 272817
Michael S. Popok
Florida Bar No. 44131

WPB:114094:1

2