IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6049-CR-DIMITROULEAS/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SAMUEL VELEZ, JR.,
ANTHONY GARILLI, and
JOSEPH SALINA

    Defendant.



### ORDER

**THIS CAUSE** having come before this Court pursuant to the Defendant, Samuel Velez Jr.'s Unopposed Motion to Travel to New York, New York from June 14th through June 30th, 2000 and the Department of Justice, Tax Division having no objection to said travel, it is hereby,

**ORDERED** and **ADJUDGED** that Defendant, Samuel Velez, Jr. may travel to New York, New York, June 14th through June 30th, 2000.

**DONE** and **ORDERED** this ___ day of June, 2000 in Chambers, in Fort Lauderdale, Florida.

HONORABLE WILLIAM DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:  Michael Popok/Marc Nurik, Esq.
     Greg Tortella, Esq.
     United States Attorney's Office
     United States Probation Office

WPB:114095:1