UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6049-CR-DIMITROULEAS

    Plaintiff,

vs.

SAMUEL VELEZ, JR., and
ANTHONY GARILLI,

    Defendant(s).



## **ORDER ADOPTING ORDER OF MAGISTRATE JUDGE**

THIS CAUSE having been heard upon Defendant's May 1, 2000 Joint Omnibus Pretrial Motions, [DE-55] the Court, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, having referred the above-captioned cause to Magistrate Judge Frank Lynch to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding Defendant's Joint Omnibus Pretrial Motions and Judge Lynch having issued an Order on June 1, 2000, that Order is approved and adopted. Moreover, the Court notes that an unopposed Motion For Enlargement of Time to Reply to the Government's Response [DE-62] was granted on June 2, 2000 [DE-67]. No reply has been filed. No objections to Judge Lynch's order have been filed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _19_ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Mark S. Nurik, Esquire
200 E. Broward Boulevard, #1500
Ft. Lauderdale, FL 33301

Bruce Zimet, Esquire
1 Financial Plaza
Ft. Lauderdale, FL 33394

Greg Tortella, Esquire
c/o Department of Justice Tax Division - S.C.E.S.
PO Box 972 - Ben Franklin Station
Washington, DC 20044

Honorable Frank Lynch