## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6049-CR    DATE: July 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff
by Amy Jordan
PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Samuel Velez, Jr.

U.S. ATTORNEY: Greg Tortella    DEFT. COUNSEL: Marc Nurik

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Change of Plea scheduled for Monday, July 10, 2000 @ 1:00 p.m.

---

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____