**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6049-CR    DATE: July 10, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Samuel Velez

U.S. ATTORNEY: Greg Tortella + Ted Doolittle    DEFT. COUNSEL: Marc Nurik

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft Sworn and Questioned by the Court. Deft to plead Guilty to Count 1, Counts 2, 3, 4, 6, 7 to be dismissed at time of sentencing. Court accepts Guilty Plea.

JUDGMENT: _____

CASE CONTINUED TO: 9/22/00    TIME: 11:00    FOR: Sentencing

MISC: Written Plea Agreement filed.