IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6049-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

SAMUEL VELEZ, JR.,
ANTHONY GARILLI, and
JOSEPH SALINA

  Defendant.

FILED by _____ D.C.

SEP 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

**THIS CAUSE** having been heard upon Defendant, Samuel Velez Jr.'s Unopposed Motion to Continue his Sentencing Hearing originally scheduled for September 22, 2000 at 11:00 a.m., it is hereby,

**ORDERED** and **ADJUDGED** that the Sentencing Hearing is continued from September 22, 2000 at 11:00 a.m. until: _October 6_ at _1:00_ am/pm. A _2_-hour block of time has been reserved by the Court.

**DONE** and **ORDERED** this _15_ day of September, 2000 in Chambers, at Fort Lauderdale, Broward County, Florida.

          _[signature]_
          **HONORABLE WILLIAM P. DIMITROULEAS**
          **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

  Marc S. Nurik, Esq.
  Michael S. Popok, Esq.
  200 E. Broward Blvd.

WPB:117348:1



United States of America v. Velez
Case No. 00-6049-CR-DIMITROULEAS
Order on Unopposed Motion to Continue Sentencing Hearing

    15th Floor
    Ft. Lauderdale, FL 33301


    Greg Tortella, Esq.
    Department of Justice
    Ben Franklin Station
    Washington, DC 20044

    Dennis Woolfolk
    United States Probation Officer
    300 N.E. 1st Avenue, Room 315
    Miami, FL 33132