UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX FILED**

CASE NO. 00-6049-CR-DIMITROULEAS

SEP 2 5 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL VELEZ, JR.,
JOSEPH SALINA,

    Defendants.

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING**

_____/

    The United States of America, by and through its undersigned attorneys, hereby files its Unopposed Motion for Continuance of Sentencing of defendants Samuel Velez, Jr. and Joseph Salina, from their presently scheduled dates of October 6 and October 13, 2000, respectively, to October 20, 2000, or soon thereafter, and in support thereof states the following:

    1. Pursuant to previous unopposed motions filed by the parties in the above-styled matter, the Court continued the sentencing of Samuel Velez, Jr., and Joseph Salina from September 22 and 29, 2000, respectively, to October 6 and October 13, 2000, respectively, due, in part, to the anticipated length of Mr. Velez's sentencing hearing (approximately two hours) as well as a request that Mr. Salina be sentenced after



Mr. Velez.

2. On Thursday, September 21, 2000, the Government contacted two witnesses who will be called to testify at Mr. Velez's sentencing hearing, Louis Blas and Thomas Griffin, to advise them of the October 6 hearing date. Both Messrs. Blas and Griffin stated that they will be unavailable to testify on that date because they will be out of the District until approximately October 18.[1]

3. As a result of the unavailability of several Government witnesses, the parties respectfully request that the Court continue the respective sentencings of Messrs. Velez and Salina.

4. It is requested that Messrs. Velez's and Salina's respective sentencing dates be continued to at least October 20, or the next available sentencing date.[2]

5. This Motion is made in good faith and not for the purposes of unnecessary delay. Furthermore, the Government

---

[1] Both Messrs. Blas and Griffin scheduled their travel around the anticipated September 22 sentencing date and purchased non-refundable tickets.

[2] Due to scheduling conflicts, the undersigned will be in trial in the Western District of Virginia during the weeks of October 23 and November 6. Defense counsel for Mr. Velez will also be unavailable during the week of November 6. Therefore, if Mr. Velez's sentencing hearing cannot be scheduled for October 20, it is requested that the Court set the respective sentencing dates for Messrs. Velez and Salina after the week beginning November 13.

apologizes to the Court for any inconvenience it may cause as a result of this motion.

**WHEREFORE**, the Government respectfully asks that this Honorable Court grant the relief requested herein.

Respectfully submitted,

GUY A. LEWIS

UNITED STATES ATTORNEY

BY: *[signature]*
GREGORY E. TORTELLA
Special Attorney
U.S. Department of Justice
Florida Bar No. A5500373

*[signature]*
THEODORE M. DOOLITTLE
Special Attorney
United States Department of Justice
P.O. Box 972
Washington, D.C. 20044
Telephone:  (202) 514-5145
Facsimile:  (202) 514-0960

**RULE 7.1.A.3. CERTIFICATE**

Pursuant to Local Rule 7.1.A.3., the undersigned have advised opposing counsel and they do not oppose this Motion.

*[signature]*
GREGORY E. TORTELLA

*[signature]*
THEODORE M. DOOLITTLE
Special Attorneys
U.S. Department of Justice

3

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true copy of the foregoing Motion was sent by Regular Mail to:

>Mark Nurik, Esq.
>Michael Popok, Esq.
>Ruden, McClosky, Smith, Schuster & Russell
>200 E. Broward Boulevard, 15th Floor
>Fort Lauderdale, Florida 33301

>Thomas A. Burford, Esq.
>909 North Dixie Highway
>West Palm Beach, FL 33401.

>_____
>THEODORE M. DOOLITTLE
>Special Attorney
>U.S. Department of Justice

4