UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6049-CR-DIMITROULEAS


FILED by ___ D.C.
SEP 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    **ORDER GRANTING CONTINUANCE**

SAMUEL VELEZ, JR., AND
JOSEPH SALINA,

    Defendants.
_____/

**THIS CAUSE** is before the Court upon the Government's Unopposed Motion For Continuance of Sentencings. After due consideration of the record and the Motion, it is hereby

**ORDERED and ADJUDGED** that the Motion is _Granted_.

The sentencing hearing for Samuel Velez, Jr., is rescheduled from October 6, 2000, at 11:00 a.m. until _October 20_, 2000 at _10:15_ (a.m.)/p.m. A _2_ hour block of time has been reserved by the Court.

The sentencing hearing for Joseph Salina is rescheduled at _1:30_ a.m./(p.m.) on _October_ _20_, 2000.

**DONE and ORDERED** at Fort Lauderdale, Florida, in chambers this _26_ day of _September_, 2000.

                                                          _[signature]_
                                                      **WILLIAM P. DIMITROULEAS**
                                                      **UNITED STATES DISTRICT JUDGE**

CC: Thomas Burford
    Mark Nurek
    Greg Tortella + Theodore Doolittle
    U.S.P.O.