## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-6049-CR-DIMITROULEAS/LYNCH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **vs.** | : |
| | : |
| **SAMUEL VELEZ, JR.,** | : |
| | : |
| **Defendant.** | : |
| _____ | : |

### DEFENDANT'S SENTENCING MEMORANDUM

**COMES NOW,** the Defendant, SAMUEL VELEZ, JR., by and through his

undersigned counsel, and files this Sentencing Memorandum to aide the Court in

its determination of an appropriate Sentence in this matter and in doing so, states as

follows:

### I. INTRODUCTION

Samuel Velez, Jr. ("Mr. Velez") stands before this Court for Sentencing having

pled guilty to an Indictment charging him with one (1) count of Conspiracy to Defraud

the Internal Revenue Service in violation of 18 USC § 371. The intent of this Sentencing

Memorandum is to bring to the Court's attention relevant character and background

information concerning Mr. Velez, which the Court may weigh in imposing his sentence.

In sum, Mr. Velez is a good and honorable man who made a serious mistake driven by a

greed-based lapse in judgment. He is the classic "first offender," a man who stands

before the Court having come from a hard-working immigrant family background; who

enjoys a loving relationship with his family, wife, and infant children for whom he is the



WPB:118576:1

primary care-giver; who has a strong commitment to his Church and his Faith; and who

has a well-decorated law enforcement and military background.

In his Statement of Acceptance of Responsibility, Mr. Velez recognizes the

aberrational behavior that led to his conviction, and clearly accepts responsibility for his

actions stating:

\*   \*   \*

> I understood that what I was doing was wrong and that the information
> that IRS was receiving was incorrect as to my income and the others as
> well...I look back and sincerely regret the stupid decisions that I have
> made, which were admittedly born out of greed. It is especially painful
> for me having come from a strong law enforcement background...To
> recognize that I willingly broke the law and now am now extremely
> painful for my family and me and brings me shame that I will never be
> able to reconcile.

\*   \*   \*

(PSR at ¶ 22). Mr. Velez' remorse for his actions is further attested to by the attached

letters of his friends, family members, and business associates (Exhibits "A" through "F")

who have witnessed first-hand his expressions of guilt, shame and remorse.

- For example, Mr. Velez' priest, Reverend Paul J. Frank, Associate Pastor of
  St. John the Baptist Catholic Church in Fort Lauderdale, attests that Mr. Velez
  has not only attended Mass each morning for the past 5 years, but that he is an
  "exemplary gentleman" whom Reverend Frank has "never known . . . to be
  anything but upright, honest, and of excellent character." (Exhibit "A").

- Stuart N. Bornstein, Esq., a member of The Florida Bar, and the owner of
  Hotel Place St. Michel in Coral Gables, has known Mr. Velez for 10 years
  "greatly admire[s] and respect[s]" Mr. Velez, and considers Mr. Velez a "hero
  -- a man's man who has sacrificed and worked incredibly hard from less than
  advantageous beginnings to become a well-respected and successful asset" to
  the community. (Exhibit "B").

- Similarly, the author Joe Sharkey considers Mr. Velez to be a "man of
  principle, courage and fortitude" who prior to the isolated tax evasion activity
  for which he stands guilty, has always "acquitted himself with honor."
  (Exhibit "C").

- Finally, Mr. Milan Grba, speaks eloquently of Mr. Velez' devotion to his wife and young daughters, and attests to Mr. Velez being a "trustworthy and respected member of" the community, who is "selfless" and who has "deeply expressed his extreme remorse and true heart felt sadness" concerning his misdeed. (Exhibit "D ").

Perhaps there is probably no greater testament to Mr. Velez' reputation in the community as an honorable man than the current offer of employment from Planet Automotive. One of the nations largest auto retailers, Planet Automotive is comprised of sixty (60) dealerships owned by the Potamkin family. With the full knowledge of Mr. Velez' current legal troubles, Planet Automotive is still prepared to hire Mr. Velez as its new Director of Security subject to his availability. (Exhibit "E")

Taken together, these character reference letters further demonstrate that Mr. Velez is held in high esteem and enjoys the strong support of his local community. Mr. Velez is described repeatedly as a devoted father and husband, a caring friend, a well-decorated retired First-Grade Detective and Army Ranger who has consistently risked his life and limb for his country and in the interest of justice.

## II. FAMILY BACKGROUND

Mr. Velez has been married for five years to Angela Amato-Velez, a well-known novelist and screenwriter, who like Mr. Velez is a decorated former New York City Police Department detective and a member of the Bars of New York and Florida, as well as a former Legal Aid attorney. Mr. and Mrs. Velez have two young daughters, Emmi Nancy (3 years old), and Samantha Gene (10 weeks old). Mr. Velez is currently the primary caregiver to his daughters allowing his wife to pursue her writing career.

## III.LAW ENFORCEMENT AND MILITARY CAREER

At the age of 19, Mr. Velez began his distinguished six (6) year service with the United States Army, as an infantryman, and member of the elite Army Ranger division during the Vietnam War. In defense of his country, Sgt. Velez was awarded, among others, the National Defense Service Medal, the Vietnam Service Medal, the Combat Infantry Badge, and the Army Commendation Medal, and was Honorably Discharged.

Following his military career, Mr. Velez continued his public service as a highly-decorated undercover detective in the NYPD from 1970 through 1990. As a result of his successful and heroic undercover work assigned to: (a) the Lufthansa Heist; (b) the Francis Lewis Tavern bombing; (c) the infiltration of the FLN terrorist organization; (d) the City's investigation into corruption in the Correction Department where Mr. Velez posed as a prison inmate, he was appointed the youngest First Grade Detective in the NYPD's history. (*See* Composite Exhibit "G"). In addition, he was member of the elite "D.A. Squad" working under District Attorney Robert Morgenthau. Mr. Velez retired as a First Grade Detective in 1990, and relocated to Florida.

## IV. SENTENCING OPTIONS

Both the Defendant and United States Probation agree that Mr. Velez should not be given a USSG Section 3B1.1 "leadership" enhancement for his participation in the tax evasion scheme with his other 3 partners, and their outside accountant.

Should the Court agree with the PSR's recommendation and the defense's position that a two-level enhancement of Mr. Velez' sentence is not appropriate under the circumstances, and in light of the Government's agreement (Dkt. # 77) that Mr. Velez should be sentenced at the "low end" of the Guidelines, the defense respectfully urges

that the Court sentence Mr. Velez to 10[1] months. and permit a "split" sentence to enable Mr. Velez to accept the Director of Security position with Potamkin's Planet Automotive.

In the alternative. should this Court find that a two-level USSG § 3B1.1 enhancement is proper resulting in a Base Offense Level of 13 for sentencing purposes. the remaining question which the Court may impact, is where Mr. Velez will serve his Sentence. Indeed this Court has an opportunity to allow the Bureau of Prisons to exercise its discretion in designating Mr. Velez to the most appropriate facility *i.e.*, one with work release privileges while at the same time imposing a sentence within the Guideline Range recommended by the Probation Office and agreed by the parties.

Under Federal Bureau of Prisons policy, an inmate may be designated by the Bureau of Prisons to serve a "short-term sentence" (up to a year and in some instances, as much as a year and a day) in a Community Corrections Center (CCC) in lieu of a federal prison camp or other facility. 18 USC §3621(b); Bureau of Prisons Program Statement 7300-09; 7300-10.

Bureau of Prisons Program Statement 7300-90 provides in relevant part:

Federal judges may recommend that CCC's be designated for inmates to serve short-term sentences (ordinarily less than one year). CCM's shall carry out such a recommendation if they determine that this designation is appropriate. CCM's shall consult with MCA's in all situations of designation of community based facilities for periods exceeding one year. If this space is not available or if inmates are inappropriate for Designation of CCC's an appropriate designation shall be made.

Bureau of Prisons Program Statement 5100.07 effective November 1999 requires a judicial recommendation to allow the Bureau to exercise its discretion in designating a

---

[1]    In making this recommendation, undersigned counsel is mindful of the fact that of the four other co-conspirators in this matter, two were not even charged, one was sentenced to probation, and the other is expected to receive equally favorable treatment.

CCC for the service of a sentence. Under the policy, a Federal Judge may recommend in the Judgment and Commitment Order that a CCC be indicated for the service of the Defendant's sentence. The Bureau of Prisons welcomes judicial recommendations and it at all possible will endeavor to honor the request.

As noted above, however a recommendation is a prerequisite to the Bureau of Prisons exercising its discretion in designating a CCC for service of a sentence. While a judicial recommendation is not a prerequisite to a designation to a particular federal prison camp or other prison facility, e.g., FPC Eglin, a CCC recommendation is required by the Bureau of Prisons before it will consider such a designation. Therefore, should the Court use Offense Level 13 for sentencing purposes, Mr. Velez urges the Court to impose the Sentence with the recommendation that it be served in a CCC in order to be eligible for work release. Such a sentence and recommendation will accomplish the purposes of punishment and deterrence and rehabilitation while at the same time, preserving the ability of Mr. Velez to continue to contribute to the Community as a valuable member.

Respectfully submitted.

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
200 E. Broward Boulevard
Suite 1500
Fort Lauderdale, FL 33301
Telephone    (954) 764-6660
Fax          (954) 764-4996

By:_____
    MARC S. NURIK
    Florida Bar No. 272817
    MICHAEL S. POPOK
    Florida Bar No. 44131

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished U.S. mail this ___17___ day of October, 2000 to: AUSA Greg Tortella, Esquire, S.C.E.S., P.O. Box 972, Ben Franklin Station Washington, DC 20044, and by hand delivery to: Dennis Woolfolk, U.S. Probation Office, 300 N.E. 1st Avenue, Room 315, Miami, FL 33132.

_____
MARC S. NURIK

*St. John the Baptist Catholic Church*
*4595 Bayview Drive*
*Fort Lauderdale, Florida 33308-5330*
*Telephone (954) 771-8950*

October 10, 2000

The Honorable William Dimitrouleas
U.S District Coiurt
South Florida

Dear Judge Dimitrouleas,

I am witing this letter as a character witness for Mr.
Sam Velez.

My association with him began 5 years ago when he became
a member of this parish. In the time that I have known
him, I found him to be an exemplary gentleman.  He attended
Mass here each morning, was most generous and cooperative
in every way.  I have never known him to be anything but
upright, honest, and of excellent character.

My concern at this time is also for his family.  He and
his wife have two siblings.  It would a tragedy if these
innocent people would have to suffer in a situation like
this.

Considering the above facts, I will be praying that the
court will look favorably upon him in this matter.

With every good wish to you, I am

Sincerely yours,

Paul J. Frank,
O. M. L.

(Rev.) Paul J. Frank, O.M.I.
Associate Pastor

cc. Mr. Mark Murik, Esquire,
    200 East Broward Boulevard,
    Fort Lauderdale, Florida 33301



September 27, 2000

The Honorable Judge William Dimitrouleas,

I have known Samuel Velez for 10 years. I have come to greatly admire and respect him, while our families have become close personal friends. Sammy is a quiet, pensive man who is a deeply committed husband and father. Sammy prides himself on teaching his family, friends, and associates the values of hard work and dedication instilled in him by his self-made immigrant father and mother. I have also witnessed the respect and warm affection others show Sammy in both business and social situations. Sam Velez is an honest and trusted person whose word is as good as any contractual arrangement.

As I have spent time with Sammy and his family I have been fascinated by the stories recounted to me about Sammy's past military life; the arduous survival training as a "Ranger" which few men or women could ever complete, and the horrific but courageous experiences of serving his country in Vietnam. The stories as an undercover officer in New York City are so compelling that they have become the subject of national book publications as well as major motion pictures and television programs.

Sammy Velez, in my opinion, is a hero – a man's man who has sacrificed and worked incredibly hard from less than advantageous beginnings to become a well-respected and successful asset in our community. Most of all, Sam Velez is a true gentleman whose friendship I value and expect to continue for the rest of my life.

Respectfully,

Stuart N. Bornstein
Owner and operator of Hotel Place St. Michel, Restaurant St. Michel, Charcuterie St. Michel and Stuart's Bar and Lounge all in Coral Gables, (Since1974) A member of the Bar in the State of Florida and the District of Columbia. Member of the University of Miami Citizen's Board and a Board of Director of Deering Bay Yacht & Country Club.

JOE SHARKEY
130 ESSEX AVENUE
GLEN RIDGE, NEW JERSEY 07028


September 22, 2000

The Honorable Judge William Dimitrouleas
United States District Court
Southern District, Florida

Dear Judge Dimitrouleas:

This letter is a testament of my unwavering faith in the
good personal character and moral decency of Mr. Samuel Velez,
whom I know to be a man of principle, courage and fortitude.

I am the author of six books, as well as a correspondent
with the New York Times. I first met Mr. Velez five years ago,
when I began a book project in collaboration with his wife,
Angela Amato Velez, who is herself a former New York City police
detective. Since then, I have come to know Sam Velez as a friend,
as the husband of a friend, and as a man whose joy in the
presence of his two young daughters is unbounded.

On first impression, Mr. Velez struck me as being remarkably
taciturn and circumspect. Getting to know him, I soon learned
that his quiet manner reflected his utterly astonishing 20-year
career as an undercover detective for the New York City Police
Department. Often having to pose undercover for years at a time
among extremely dangerous criminals, he was a cop whose life was
in the line every single day. For Detective Sam Velez, on the job
around the clock in those days, there was no room for error.
None.

As a Vietnam veteran myself, I also recognized in Mr.
Velez's quiet and unassuming manner that he was the Real Thing, a
man who had served in Vietnam in combat duty, and acquitted
himself with honor. Again, in Vietnam, there was no room for
error for Mr. Velez.

He has erred now, in a matter involving income tax, in a
business situation that I understand involved several colleagues,
I respectfully ask, Judge Dimitrouleas, that you might consider
that this is a man who hasn't made a lot of other mistakes in his
life. The very fact that he is alive today, after his long,
dangerous career, attests to that.

May I suggest that the quality of mercy in this case is not
strained by considering the quality of the man who stands before
you.

Respectfully,

Joe Sharkey

Honorable Judge William Dimitrouleas
United States District Court
South District of Florida

Dear Judge Dimitrouleas

I am writing this letter on behalf of Samuel Velez Jr. I have known Mr. Velez over the past 10 plus years . During that time, I have known Sam to have shown exemplary behavior in all aspects of life. Please allow me the opportunity to point out values and responsibilities Mr. Velez has shown and demonstrated to the community, his family and friends .

Mr. Velez is commitments to both his wife Angela, toddler Emmi and infant daughter Samantha. It would create monumental sadness by extracting him from his two very small, delicate and very emotionally attached children who not only rely on him but, depend on him for their daily care, love and affection. As you read through my letter I am sure you will uncover the true person Mr. Samuel Velez is and has always been. Through my words I am I hope you will come to understand that Mr.Velez is a trustworthy and respected member of our community

During the past 10 plus year I have known Mr. Velez I am clearly positive I would not have become the man I am today. Today, I am a high tech professional in the Silicon Valley California married with my first child on the way  I am positive this is not the path I would have choose had in the without the guidance and support Sam has given me. I have also had the privilege of knowing how Sam became the person he is today. Mr. Velez has served in the United Stated Armed Services as a US Ranger, as well as extending his services to a stint of 20 years as a highly decorated  New York City Police Detective. You should also understand how he brought his ill stricken and dying father from Puerto Rico to the United State so Mr. Velez Sr. could receive the best care possible and a true fighting chance at life. Mr. Velez Sr. has since past on god rest his soul.  These few but, powerful example do not even scratch the surface of the selflessness Mr. Velez has given of himself.

It has also been my privilege to have had several private conversation over the past year and a half with Mr. Velez about this very case and the responsibility he has taken for his own actions.   During our many conversations Sam has deeply expressed his extreme remorse and true heart felt sadness This has been an aberration for him. This is not how Sam conducts his life. Your Honor, as a man of honor and fairness as well as a person with deep compassion  I am pleading with you to show leniency on Mr. Velez and his family.

My sincere gratitude for taking time to briefly walk through the shoes of a man who has given his entire life for the good of his community, family and friends. Again, I must ask that you please dig deep within your soul and find the compassion, the fairness and the leniency for a man who continues to show remorse. I thank you for the opportunity to help shed light on the true Mr. Samuel Velez Jr.

Respectfully,

Milan Grba

New York, NY
Potamkin Buick
New York, NY
Potamkin Chevrolet-Geo
New York, NY
Potamkin Toyota
New York, NY
Potamkin Volkswagen
New York, NY
Potamkin Dodge
New York, NY
Potamkin Mitsubishi
New York, NY
Cape Cod Chrysler Plymouth
Hyannis, MA
Central Cape Dodge
Hyannis, MA
Kia of Cape Cod
Hyannis, MA
Northeast Chevrolet-Geo
Philadelphia, PA
Northeast Jeep
Philadelphia, PA
Northeast Dodge
Philadelphia, PA
Northeast Hyundai
Philadelphia, PA
Northeast Isuzu
Philadelphia, PA
Northeast Kia
Philadelphia, PA
Northeast Volkswagen
Philadelphia, PA
Springfield Chrysler Plymouth
Springfield, PA
Springfield Jeep
Springfield, PA
Springfield Toyota
Springfield, PA
Springfield Hyundai
Springfield, PA
Springfield Isuzu
Springfield, PA
Springfield Volkswagen
Springfield, PA
Potamkin Toyota
Miami, FL
Potamkin Dodge
Hialeah, FL
Potamkin Chevrolet-Geo
Miami Lakes, FL
Potamkin Chrysler Plymouth
Miami Lakes, FL
Potamkin Jeep
Miami Lakes, FL
Potamkin Kia
Miami Lakes, FL
Potamkin Hyundai
Miami Lakes, FL
Daewoo of Miami
Miami, FL
Potamkin Lincoln Mercury
Miami, FL
Potamkin South Isuzu
Miami, FL
Potamkin South Mitsubishi
Miami, FL
Potamkin South Hyundai
Miami, FL
Daewoo of South Dade
Miami, FL
Potamkin Dodge
North Miami, FL
Daewoo of North Dade
Hollywood, FL
BMW of Des Moines
Des Moines, IA
Mercedes Benz of Des Moines
Des Moines, IA
Volvo of Des Moines
Des Moines, IA
Sam Leman Chrysler Plymouth
Bloomington, IL
Sam Leman Jeep
Bloomington, IL
Sam Leman Lincoln Mercury
Bloomington, IL
Sam Leman Mazda
Bloomington, IL
Sam Leman Auto Stop
Bloomington, IL
Sam Leman's Dodge City
Peoria, IL
Sam Leman Chrysler Plymouth
Morton, IL
Sam Leman Dodge
Morton, IL
Hotel-Restaurant St. Michel
Coral Gables, FL
Stuarts Bar
Coral Gables, FL
Potamkin Telecommunications
Miami Lakes, FL
Office Depot
Warsaw, Poland
Office Depot
Budapest, Hungary

# POTAMKIN

One Casuarina Concourse
Miami, FL 33143
Ph: (305) 665-9600
FAX: (305) 667-5041
E-Mail: alanhpotamkin@bellsouth.net

ALAN H. POTAMKIN
CHAIRMAN

October 16, 2000

Honorable William P. Dimitrouleas
United States District Court Judge
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Dear Judge Dimitrouleas:

I am writing this letter to you in connection with the sentencing of Mr. Samuel Velez, which is scheduled for Friday, October 20, 2000.

I am the Chief Executive Officer of Planet Automotive which is one of the largest auto retailers in the world. We have sixty new car franchises in six states generating in excess of $1.5 billion in revenue.

Our current business plan calls for the establishment of the position of Director of Security caused by our recent rapid expansion. Our plan is to staff this position by no later than mid-April of the coming year.

We have looked at a number of fine applicants and in that regard spoke with Mr. Velez. In our opinion, Mr. Velez would make an excellent candidate. His experience with the understanding of external theft as well as internal theft makes him well qualified. Additionally, he is familiar with both the Dade County market and the New York City market, our two largest centers, and our two areas with the highest Loss Ratio. This makes him uniquely well qualified.

Of course we are mindful of Mr. Velez's conviction for tax crimes for which you are sentencing him. However, Mr. Velez has been honest and forthright about his past misdeeds. Given his otherwise excellent reputation and extensive experience in law enforcement, we are prepared to place our trust in him and offer him the position of Director of Security if he is available.

We therefore ask, Your Honor, to take this into consideration in determining the appropriate sentence in this matter. Thank you.

Sincerely,

Alan H. Potamkin

**ANGELA AMATO VELEZ**
3600 DURANGO STREET
CORAL GABLES, FL. 33134

September 21, 2000

The Honorable William Dimitrouleas
United States District Court
Southern District of Florida

Dear Judge Dimitrouleas,

I am writing on behalf of my family to request that my husband, Samuel not be
required to report to the Bureau of Prisons until January 2001. While I am
aware of your sentencing policies, I am hopeful you would consider our family
circumstances in granting Sam a brief stay.

Sam became aware of this investigation almost five years ago when a search
warrant was executed at Gold's Gym. From December of 1995 to date, Sam has
never been a flight risk. He continued to succesfully operate the business
until its sale in November of 1999. We married, had two children (Emmi, 3
years old & Samantha 6 weeks) and established a home in Coral Gables. Since
the sale of Golds Gym, Sam has been the primary caretaker for our daughter,
Emmi while I am the principal support as a published author and WGA
screenwriter. Currently I am under contractual obligations to St. Martin's
Press, New Line Cinema and Paramount Pictures to complete various projects.
We have no family in South Florida and no other caretaker for our children If
this court would mercifully grant our request for a brief stay, I can comply
with my deadlines and thereby generate income to pay the financial obligations
arising our of this case.

Judge, I have known Sam for many more years than the five years we have been
married. I worked alongside him as a NYPD Detective assigned to District
Attorney Robert Morgenthau's Office. Sam had a distinguished reputation as a
deep undercover detective for twenty years. He was instrumental in
successfully completing many noteworthy investigations. Sam also served his
country with valor as an Army Ranger in Vietnam. Sam has never been in any
legal trouble but has spent the majority of his life enforcing the law. His
actions in this case are not indicative of his character.

Your honor, my husband has acknoweldged his responsibility for his actions by
pleading guilty to the charges that he and his three partners conspired to
take cash payments from their business. Sam is painfully aware of the
emotional and financial toll his conduct has had on our family. Please look at
Sam's overall contribution to society and not his regretable, serious mistep.
Our family prays you will carefully consider our request.

Respectfully,

Angela Amato Velez



POLICE DEPARTMENT
**CHIEF OF DEPARTMENT**
**One Police Plaza, Room 1300**
**New York, New York 10038**

August 11, 2000

Dear Sir (To Whom it may concern):

Detective First Grade Samuel Velez, Jr. was a member of the New York City Police Department in good standing from February 1970 through February 1990. During this time, he served in the following units:

| | |
|---|---|
| District Attorney's Office, New York County | 03/21/88 - 02/28/00 |
| Department of Investigation Squad | 01/30/84 - 03/21/88 |
| Intelligence Division | 11/25/79 - 01/30/84 |
| Police Academy | 11/07/79 - 11/25/79 |
| Intelligence Division | 06/09/71 - 11/07/79 |
| Special Events Squad | 09/29/70 - 06/09/71 |
| Police Academy Recruit Training | 02/14/70 - 09/29/70 |

He was promoted to Detective Investigator on 02/29/80. Two years later, he was promoted again to Detective First Grade on 04/16/82.

Any questions regarding his employment status or rank can be addressed to the undersigned at (212)374-6710.

Joseph P. McGrann
**Commanding Officer.**
**OFFICE OF THE**
**CHIEF OF DEPARTMENT**

COURTESY · PROFESSIONALISM · RESPECT

**PISTOL LICENSE**
**INQUIRY RESPONSE**
PD 543-185 (Rev. 9-99)-Pent-RMU

Date: __August 10, 2000__

— TO POLICE AGENCY CONCERNED —

This is to certify that:

| Name ( Last, First, M.I.) <br> Velez, Samuel | Soc. Sec. No.: <br> 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 | Tax Reg. No.: <br> 864843 |
| --- | --- | --- |

* Appointment date as a Police Officer, City of New York Police Department __2-9-70__
(Date)

* Retirement date __2400 Hrs.     2-14-90__     Rank __Det 1.__

* Member has no record of mental illness and is presently authorized by the Department to carry firearms.

Verification obtained from __P.O. Nizze__     Medical Division on __1-11-90__
(Date)

* Presently, said member is not under an investigation by the Department which would preclude

the issuance of a pistol license.

Verified by: __Det. Laura__    , Internal Affairs Bureau on __1-11-90__
(Date)

* Said member has no disciplinary action pending.

Verified by: __Det. Larka__    , Central Personnel Index on __1-11-90__
(Date)

NOTE:     For retired members, the information above represents their status at time of retirement

_____
Commanding Officer, Pension Section

# Certificate of Retirement



**Presented to**

FIRST GRADE DETECTIVE

SAM VELEZ

*in grateful recognition of* 20 *years of service as a*

*loyal and dedicated member of the Police Department*

*of the City Of New York*

DATE

FEBRUARY 28, 1990






Police Commissioner





This Certifies that

of the Police Department, City of New York

has been awarded Departmental Recognition

in the Grade of

EXCEPTIONAL MERIT

Date _____

Police Commissioner



**Date** April 28, 1983



This Certifies that

DETECTIVE SAMUEL JELEE

of the Police Department, City of New York

has been awarded Departmental Recognition

in the Grade of

# COMMENDATION



Police Commissioner



**Police Department of the City of New York**

Detective Bureau

Awards to

SAMUEL CEEZ JR.

THE SEX CRIMES INVESTIGATORS COURSE

OCTOBER 21, 1988





