**CRIMINAL MINUTES**

FILED by _____ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6049-CR-WPD    DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Samuel Velez

U.S. ATTORNEY: Ted Olittle / Greg toAcuna    DEFT. COUNSEL: Marc Nurik

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 10 mnths BOP. Court splits the sentence as follows: 5 months to serve, 5 months House Arrest. Court recommends last sentence be served in Community Correction Center. 3 yrs Supervised Release, $3,000.00 Fine, $50.00 Assmt. Court allows deft to Self-Surrender to US Marshal in Miami by noon on Jan 5, 2001.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Deft Informed of Right to Appeal

