# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **SAMUEL VELEZ, JR.** | Case Number: **0:00CR06049-001** |
| | Marc Nurik, Esq./Gregory Tortella, AUSA |

**THE DEFENDANT:**

Defendant's Attorney

☒ pleaded guilty to count(s) 1

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the Internal Revenue Service | 10/31/1995 | 1 |

FILED by _____ D.C.

OCT 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) 2-4,6,7 are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **12/01/1948**
Defendant's USM No.: **55231-004**
Defendant's Residence Address:

**3600 Durango Street**

**Coral Gables**

Defendant's Mailing Address:

**3600 Durango Street**

**Coral Gables**

10/20/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

October 23, 2000
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____ FL 33134

DEFENDANT: **SAMUEL VELEZ, JR.**
CASE NUMBER: **0:00CR06049-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   __5__  **month(s)**  .

[X] The court makes the following recommendations to the Bureau of Prisons:

**That the sentence be served in a community correction center.**

[ ] The defendant is remanded to the custody of the United States Marshal.

[X] The defendant shall surrender to the United States Marshal for this district: In Miami, Florida

    [X] by 12 Noon   a.m./p.m. on  January 5, 2001

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____ .

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

On 1/5/01, Inmate Samuel Velez Jr, Reg # 55231-004, voluntarily surrendered to the Riverside CCC, Miami, Fl, for service of his five month term of imprisonment.

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

Mark Cooper
~~UNITED STATES MARSHAL~~

By   Mark Cooper
Deputy U.S. Marshal

Director Riverside CCC
Miami, Florida