USDC FLSD 245B (Rev 9/00) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION
### AMENDED

**UNITED STATES OF AMERICA**
v.
**SAMUEL VELEZ, JR.**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**Case Number: 00-6049-CR-WPD**
Counsel For Defendant: **Marc Nurik, Esq.**
Counsel For The United States: **Gregory Tortella, AUSA**
Court Reporter: **Robert Ryckoff**

### THE DEFENDANT:
- [X] **pleaded guilty to count(s)** ONE
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] Was found guilty on count(s) _____ after a plea of not guilty

JUN 25 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 371 | Conspiracy to Defraud the Internal Revenue Service | 10/31/1995 | ONE |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] **Count(s)  2-4,6,7   (are) dismissed on the motion of the United States.**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **12/01/1948**
Defendant's USM Number: **55231-004**

Defendant's Residence Address:
3600 Durango Street

Coral Gables, FL 33134

Defendant's Mailing Address:
3600 Durango Street

Coral Gables, FL 33134

**10/20/2000**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date: June 25, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

No further action required by
the U.S. Marshals Service.

*James A. Tassore*
UNITED STATES MARSHAL

*Ava B. Bores* ADUSM