UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6049-CR-WPD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   **SATISFACTION OF JUDGMENT**

SAMUEL VELEZ, JR.,

    Defendant.
_____/

    The fine/restitution in the amount of $3,000.00 and the special assessment having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Date: June 9, 2005   BY:   ELIZABETH RUF STEIN
ASSISTANT U.S. ATTORNEY
99 N. E. 4th Street, Rm. 300
Miami, FL 33132-211
Tel No. (305) 961-9313
Fax No. (305) 530-7195
Florida Bar No. 354945
E-Mail: EStein@USDOJ.gov

This Instrument Was Prepared By:  Elizabeth Ruf Stein
                                    Assistant U.S. Attorney

